U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG - 5 2005

CLERK, U.S. DISTRICT COURT
By _____
                    De.

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **JULIO E. SIRIAS** | ) | |
| | ) | |
| **v.** | ) | **3:04-CR-27-R** |
| | ) | **(3-05-CV-246-R)** |
| **UNITED STATES OF AMERICA** | ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the

Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are

adopted as the findings and conclusions of the Court.


Signed this _____5_____ day of _____August_____, 2005.


JERRY BUCHMEYER
UNITED STATES DISTRICT JUDGE